## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEWICKLEY CHIROPRACTIC CENTER PC, *on behalf of itself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　　　Defendant. | Civil Action No. 21-1368 |

## ORDER OF COURT

AND NOW, this 11th day of January, 2022, given that the United States Court of Appeals for the Third Circuit has consolidated a number of COVID-19 insurance coverage cases at Case No. 20-3124, and it appearing that the Third Circuit likely will decide the same or similar issues under substantively similar policies that are implicated by Defendant's pending Motion to Dismiss,

IT IS HEREBY ORDERED that this case is STAYED until the Third Circuit issues a decision in Case No. 20-3124, and the Clerk of Court shall mark this case as CLOSED for administrative purposes. This is without prejudice to either party filing a motion to lift the stay prior to the Third Circuit issuing its decision, for good cause shown.

　　　　　　　　　　　　　　　　　　　　*s/ W. Scott Hardy*
　　　　　　　　　　　　　　　　　　　　W. Scott Hardy
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc/ecf: All counsel of record