IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEWICKLEY CHIROPRACTIC CENTER PC, *on behalf of itself and all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 21-1368 |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 13th day of February, 2023, the Court having dismissed the above-captioned action by separate Memorandum Order on this date,

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record